# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Joseph L. Reed,

Plaintiff(s),

v.

Freedom Mortgage Corporation,

Defendant(s).

Case No. 15cv954
Judge James B. Zagel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendant's Motion for Summary Judgment is granted; Plaintiff's Motion for Summary Judgment is denied.

---

This action was *(check one)*:

☐ tried by a jury with Judge James B. Zagel presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge James B. Zagel on a motion

Date: 10/5/2016                    Thomas G. Bruton, Clerk of Court

                                   Elisa Perez , Deputy Clerk